IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:25-CV-88-D

PROGRESS FREIGHT LINES, INC., )
          Plaintiff, )
          v. )     **ORDER**
NEW WAVE INTERNATIONAL CARGO, LLC, )
          Defendant. )

This case was opened in error and duplicates the case 5:25-CV-82. Accordingly, the court DISMISSES WITHOUT PREJUDICE the case. Any filings in this case should be entered in 5:23-CV-82. The Clerk SHALL close the case.

SO ORDERED. This 28 day of July, 2025.

                                      JAMES C. DEVER III
                                      United States District Judge